# EXHIBIT 1

## Case Information

19-TR-042043 | People of Illinois v. WILLIAMS, ANDY

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 19-TR-042043 | Circuit Court | Valdez, Julio C |
| File Date | Case Type | Case Status |
| 09/04/2019 | TR - Traffic | Pre-Trial |

## Party

Plaintiff
People of Illinois

Defendant
WILLIAMS, ANDY

DOB
10/10/1972

Gender
Male

Height
5' 6"

Weight
155 lbs

Address
2132 Prentiss Dr R101
Downers Grove IL 60516

## Charge

Charges
WILLIAMS, ANDY

|   | Description | Citation | Statute | Level | Date |
|---|---|---|---|---|---|
| 1 | FAILURE TO SIGNAL WHEN TURNING | 745379 | 625 ILCS 5/11-804(b) | Petty Offense | 08/27/2019 |

## Events and Hearings

09/04/2019 Citation; filed ▼

Citation; filed

09/04/2019 Case Filed

09/09/2019 Mandatory Appearance Related Case

09/18/2019 Plea Setting ▼

Judicial Officer
Noland, Michael J

Hearing Time
9:00 AM

Result
Order Signed

09/18/2019 Defendant Present in Open Court

09/18/2019 Court Order Entered This Date ▼

Court Order Entered This Date

09/18/2019 Motion for Continuance by Agreement

09/18/2019 Order to Produce; Filed ▼

Order to Produce; Filed

  Comment
  Request to produce to plaintiffs

10/31/2019 Proof of Service; Filed ▼

Proof of Service; Filed

11/06/2019 Pre Trial Conference ▼

Judicial Officer
Noland, Michael J

Hearing Time
1:30 PM

Result
Order Signed

11/06/2019 Subpoena Deposition/Records (Certified Mail); Filed ▼

Subpoena Deposition/Records (Certified Mail); Filed

11/06/2019 Court Order Entered This Date ▼

Court Order Entered This Date

11/06/2019 Defendant Present in Open Court

11/06/2019 Motion for Continuance by Agreement

11/07/2019 Subpoena Deposition/Records (Certified Mail); Filed ▼

Subpoena Deposition/Records (Certified Mail); Filed

11/07/2019 Subpoena Deposition/Records (Certified Mail); Filed ▼

Subpoena Deposition/Records (Certified Mail); Filed

11/15/2019 Proof of Service; Filed ▼

Proof of Service; Filed

01/07/2020 Notice of Motion; Filed ▼

Notice of Motion; Filed

01/07/2020 Certificate of Mailing; Filed

01/07/2020 Motion ▼

Motion

Comment
to Quash Subpoena; Filed

01/09/2020 Pre Trial Conference ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

01/09/2020 Court Order Entered This Date ▼

Court Order Entered This Date

01/09/2020 Defendant Present in Open Court

01/09/2020 Motion for Continuance by Agreement

01/09/2020 Notice of Motion; Filed ▼

Notice of Motion; Filed

01/09/2020 Motion ▼

Motion

01/09/2020 Notice of Motion; Filed ▼

Notice of Motion; Filed

01/09/2020 Motion ▼

Motion

03/12/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:00 PM

Result
Order Signed

03/12/2020 Defendant Present in Open Court

03/12/2020 Court Order Entered This Date ▼

Court Order Entered This Date

03/12/2020 Motion for Continuance by Agreement

04/23/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:00 PM

Cancel Reason
Court Order

05/04/2020 Court Date Rescheduled Notice Sent

05/18/2020 Mail Returned; Filed ▼

Mail Returned; Filed

05/26/2020 Court Date Rescheduled Notice Sent

06/09/2020 Mail Returned; Filed ▼

Mail Returned; Filed

06/18/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:00 PM

Cancel Reason
Court Order

08/13/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

08/13/2020 Court Order Entered This Date ▼

Court Order Entered This Date

09/08/2020 Proof of Service; Filed ▼

Proof of Service; Filed

09/10/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

09/10/2020 Court Order Entered This Date ▼

Court Order Entered This Date

09/10/2020 Defendant Not Appearing in Open Court

09/10/2020 Court Date Rescheduled Notice Sent

10/06/2020 Mail Returned; Filed ▼

Mail Returned; Filed

11/06/2020 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

11/06/2020 Court Order Entered This Date ▼

Court Order Entered This Date

11/06/2020 Defendant Present in Open Court

12/03/2020 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

12/03/2020 Court Order Entered This Date ▼

Court Order Entered This Date

12/03/2020 Motion for Continuance by Agreement

12/03/2020 Defendant is appearing remotely via Zoom

01/14/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

01/14/2021 Court Order Entered This Date ▼

Court Order Entered This Date

01/14/2021 Defendant is appearing remotely via Zoom

01/27/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

01/27/2021 Defendant Present in Open Court

01/27/2021 Court Order Entered This Date ▼

Court Order Entered This Date

02/24/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

02/24/2021 Court Order Entered This Date ▼

Court Order Entered This Date

7/1/2021 Details

02/24/2021 Defendant is appearing remotely via Zoom

03/15/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
11:00 AM

Result
Order Signed

03/15/2021 Court Order Entered This Date ▼

Court Order Entered This Date

03/15/2021 Defendant Not Appearing in Open Court

03/15/2021 Next Date to be Held Via Zoom

03/22/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
11:00 AM

Result
Order Signed

03/22/2021 Court Order Entered This Date ▼

Court Order Entered This Date

04/09/2021 Notice of Motion; Filed ▼

Notice of Motion; Filed

04/09/2021 Motion ▼

Motion

Comment
to quash and suppress

04/12/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
9:00 AM

Result
Order Signed

04/12/2021 Defendant Present in Open Court

04/12/2021 Court Order Entered This Date ▼

Court Order Entered This Date

04/12/2021 Motion for Continuance by Agreement

05/25/2021 Notice of Court Time Change

06/09/2021 Status Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Result
Order Signed

06/09/2021 Court Order Entered This Date ▼

ECO ORDER

06/09/2021 Court Reporter waived; matter off record

06/09/2021 Defendant Present in Open Court

06/09/2021 Motion for Continuance by Agreement

06/15/2021 Mail Returned; Filed ▼

Mail Returned; Filed

08/18/2021 Continued for Hearing ▼

Judicial Officer
Valdez, Julio C

Hearing Time
1:30 PM

Comment
Next court date is set for hearing on defendant's Motion to Quash and Suppress.

## Financial

No financial information exists for this case.

## Documents

Citation; filed

Court Order Entered This Date

Order to Produce; Filed

Proof of Service; Filed

Court Order Entered This Date

Subpoena Deposition/Records (Certified Mail); Filed

Subpoena Deposition/Records (Certified Mail); Filed

Subpoena Deposition/Records (Certified Mail); Filed

Proof of Service; Filed

Notice of Motion; Filed

Motion

Court Order Entered This Date

Notice of Motion; Filed

Motion

Notice of Motion; Filed

Motion

Court Order Entered This Date

Mail Returned; Filed

Mail Returned; Filed

Court Order Entered This Date

Proof of Service; Filed

Court Order Entered This Date

Mail Returned; Filed

Court Order Entered This Date

Court Order Entered This Date

Court Order Entered This Date

Court Order Entered This Date

Details

- Court Order Entered This Date
- Court Order Entered This Date
- Court Order Entered This Date
- Court Order Entered This Date
- Notice of Motion; Filed
- Motion
- ECO ORDER
- Mail Returned; Filed