IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN
DIVISION

| | |
|---|---|
| ANDY HOPE WILLIAMS JR.; | ) |
| Plaintiff, | ) CASE NO.: 2020 CV 02549 |
| v. | ) |
| | ) Honorable Judge |
| OFFICER MATTHEW HUBER, OFFICER TIMOTHY YOUNG, OFFICER STEVE MARTIN and OFFICER ANTONIO PISCOPO, | ) John J. Tharp, Jr. |
| Defendants. | ) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Andy Hope Williams Jr.
P.O. Box 681
Westmont, IL 60559
630-479-7330
Hope5780@yahoo.com

    PLEASE TAKE NOTICE that on July 2, 2021, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system the attached **Defendants' Amended Motion to Stay Proceedings to add Correct Exhibit 1** in the above cause, a copy of which is herewith served upon you.

Respectfully submitted,

By: */s/ John B. Murphey*
John B. Murphey

Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
jmurphey@osmfm.com

## CERTIFICATE OF SERVICE

    I, John B. Murphey, an attorney, hereby certify that I served the foregoing Notice of Filing and **Defendants' Amended Motion to Stay Proceedings** on all parties through the Court's CM/ECF filing system on July 2, 2021.

*/s/ John B. Murphey*