IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDY HOPE WILLIAM JR., | ) | |
|     Plaintiff, | ) | No. 20 CV 02549 |
| vs. | ) | |
| | ) | Honorable Judge John J. Tharp, Jr. |
| OFFICER MATTHEW HUBER, OFFICER TIMOTHY YOUNG, OFFICER ANDREW MARTIN and OFFICER ANTONIO PISCOPO, | ) ) ) ) | |
|     Defendants. | ) | |

## AGREED MOTION FOR ENTRY OF STAY ORDER

By agreement, the parties move for an Order of Court staying proceedings during the pendency of Plaintiff's criminal proceedings. In support of this motion, the parties state:

1. On March 23, 2022, this Court indicated "that pursuant to the *Younger* abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971), stay of this case during the pendency of Plaintiff's underlying state court appears to be mandated." See Doc. # 76.

2. The parties have subsequently conferred on this matter and are now in agreement that this case be stayed pending the resolution of Plaintiff's criminal case, the trial of which is set in October, 2022. Specifically, the pretrial is set for October 13, 2022 and trial is set for October 18, 2022.

3. The parties further move that this Court provide for an interim status report date approximately 90 days from the date of this Order at which time the parties may advise the Court as to whether there has been any change in status.

Respectfully submitted,

By:   /s/ Andy Hope Williams, Jr.
       Andy Hope Williams, Jr., Plaintiff
       P.O. Box 681
       Westmont, IL 60559
       630-479-7330
       hope5780@yahoo.com

CITY OF AURORA, et al., Defendants

By:     /s/ John B. Murphey
       John B. Murphey
       Odelson, Sterk, Murphey, Frazier &
       McGrath, Ltd./ 708-424-5678
       3318 W. 95th Street
       Evergreen Park, IL 60805
       jmurphey@osmfm.com