

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDY HOPE WILLIAMS JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 CV 2549 |
| | ) | |
| vs. | ) | Honorable Judge John J. Tharp, Jr. |
| | ) | |
| OFFICER MATTHEW HUBER, OFFICER TIMOTHY YOUNG, OFFICER ANDREW MARTIN and OFFICER ANTONIO PISCOPO, | ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

## JOINT STATUS REPORT

In accordance with this Court's Order of January 9, 2023 (Doc. # 86), the parties submit this report as to the status of Plaintiff's criminal proceeding:

1. Plaintiff apologizes to the court for the overdue status report that was due on April 6, 2023.

2. Plaintiff reports that the trial has been delayed.

3. Specifically, Plaintiff's next court date is set for April 20, 2023 for a hearing on discovery.

Respectfully Submitted,

By: /s Andy Hope Williams, Jr.  
    Plaintiff

Andy Hope Williams Jr.
P.O. Box 681
Westmont, IL 60559
630-479-7330
hope5780@yahoo.com

CITY OF AURORA, et al., Defendants

By: /s/ John B. Murphey

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

JOHN B. MURPHEY
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois  60805
Tel: 708-424-5678
jmurphey@osmfm.com

                  By: /s/ Andy Hope Williams Jr

Andy Hope Williams Jr.
P.O. Box 681
Westmont, IL 60559
630-479-7330
hope5780@yahoo.com